MARY F. GRAY, APPELLANT, v. HERBERT GREENWOOD ET AL., RESPONDENTS.

Argued May 21, 1943—Decided September 16, 1943.

For the appellant, *David Roskein* (*Harry Cohn,* of counsel).

For the respondents, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.